In the Matter of the Application of PIERRE BOTTA and Another, Respondents, to Compel the BOARD OF PRIMARY ELECTION INSPECTORS OF THE SECOND ELECTION DISTRICT OF THE TOWN OF SOMERS, WESTCHESTER COUNTY, NEW YORK, and/or the BOARD OF ELECTIONS OF THE COUNTY OF WESTCHESTER, NEW YORK, to Count as Valid Eleven Votes Cast in Said District. HAROLD J. BALDWIN and Another, Appellants.— On argument, order affirmed, without costs. No opinion. Motion by appellants for leave to appeal to the Court of Appeals denied. Carswell, Scudder, Davis and Johnston, JJ., concur; Tompkins, J., not voting.

In the Matter of the Application of JOHN A. DENEHY, JR., Appellant, for an Order Compelling LOUIS N. ELLRODT and Another, Constituting the Board of Elections of the County of Westchester, Respondents, to Print His Name upon the Official Ballot for the Primary Election to Be Held in the City of White Plains, County of Westchester, on the 17th day of September, 1935, for Designation in the Appropriate Place as a Candidate for the Nomination by the Republican Party for the Office of Supervisor from the Fifth and Sixth Wards of the City of White Plains.— Order denying petitioner's motion to compel the respondents to print his name on the official ballot for the primary election to be held in the city of White Plains, county of Westchester, on September 17, 1935, affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ., concur.

HERMAN A. AMMON, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

ALEXANDRIA BAGINSKI, Respondent, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant; MARIANA GURECKI, as Administratrix of the Estate of FERDINAND POKORNICKI, Deceased, Appellant, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

KATHERINE BALSAN, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

REGINA N. BRESSLER and Another, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

THE BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, v. VINCENT SCALA and Others, Defendants; SOCIETA TORQUATO TASSA DI MUTUO SOCCORSO, etc., Respondent. (Action No. 1.) THE BREVOORT SAVINGS BANK OF BROOKLYN, Appellant, v. VINCENT SCALA and Others, Defendants; SOCIETA TORQUATO TASSA DI MUTUO SOCCORSO, etc., Respondent. (Action No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.